# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| NINA BOROM, | |
| Plaintiff, | |
| v. | Civil Action No. 2:14-CV-22 JVB |
| MENARD INC., | |
| Defendants. | |

## ORDER

This matter is before the Court on the report and recommendation of Magistrate Judge Paul R. Cherry entered on December 10, 2014 (DE 39). For reasons fully explained in the report, Judge Cherry recommends that the Court deny Defendant's motion for sanctions under Federal Rule of Civil Procedure 11.

The parties were notified that they had fourteen days within which to file objections to the recommendation. More than fourteen days have passed without any objections having been filed. Accordingly, the Court adopts Judge Cherry's report and recommendation and DENIES Defendant's motion (DE 27).

SO ORDERED on January 6, 2015.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge
